**Charles ASHFORD, Appellant,**

v.

**Ray HOBBS, Chief Director, Arkansas Department of Correction; Arkansas Department of Correction, Appellees.**

No. 09–2379.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 2, 2010.

Filed: Feb. 3, 2010.

Charles Ashford, Grady, AR, pro se.

Ali Brady, Attorney General's Office, Little Rock, AR, for Appellees.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Arkansas inmate Charles Ashford appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action against the Arkansas Department of Correction (ADC) and Ray Hobbs.[2] Upon de novo review, *see Saunders v. Farmers Ins. Exch.*, 537 F.3d 961, 963 (8th Cir.2008), we find no basis for reversal and accordingly affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.

2. The caption lists Hobbs as "Chief Director" of the ADC, apparently because that is what Ashford called Hobbs in his complaint. In its brief on appeal, the ADC refers to Hobbs as the "Deputy Director." The discrepancy

about Hobbs's job title makes no difference to our analysis, so we need not resolve it.